IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LAMONE R. POPE,<br>        Plaintiff,<br><br>        v.<br><br>PUBLIC DEFENDER OFFICE IN<br>CRAWFORD COUNTY COURTHOUSE,<br>        Defendant. | C.A. No. 13-14 Erie |

## **MEMORANDUM ORDER**

This prisoner civil rights action was received by the Clerk of Court on January 14, 2013, and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates. The magistrate judge's report and recommendation, filed on November 6, 2013, recommended that Defendants' motion to dismiss [ECF No. 8] be granted and this case be dismissed. Service was made on Plaintiff by mail at 725 German Street, Erie, PA 16501, the last address of record, and on Defendant. No objections were filed. After de novo review of the petition and documents in the case, together with the report and recommendation, the following order is entered:

AND NOW, this 4th day of December, 2013;
IT IS HEREBY ORDERED that Defendants' motion to dismiss [ECF No. 8] is GRANTED and this case is dismissed.

The report and recommendation of Magistrate Judge Baxter, dated November 6, 2013, is adopted as the opinion of the court.

s/TERRENCE F. McVERRY
United States District Judge

cc: Susan Paradise Baxter
U.S. Magistrate Judge

all parties of record ____